# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Rebecca Mott

                         Plaintiff,

v.                                         Case No.: 1:20−cv−05322

                                             Honorable Harry D. Leinenweber

Guaranteed Rate, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2020:

        MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic motion hearing held. The Court grants Defendant Mott's motion to enforce arbitration agreement [8] and orders the case to be stayed pending arbitration. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.